AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Damian EDWARDS (a.k.a. Darrell PAUL) | ) Case No. 2:15-mj-55 |
| Hopie Dawn EDWARDS | ) |
| Theo Lavelle SMITH | ) |
| German Alfredo WHITE | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  01-01-2014 thru 02-02-2016  in the county of  Franklin  in the
Southern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 846 | Conspiracy to possess with intent to distribute more than 1,000 kilograms of marijuana |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael P. Flynn, Special Agent DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/2/2016

_____
Judge's signature

City and state: Columbus, Ohio

Norah McCann-King, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Michael P. Flynn, having been duly sworn depose and state:

1. I am a Special Agent of the Drug Enforcement Administration (DEA) assigned to the Detroit Field Division, Columbus District Office. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 United States Code, Section 2516(1). I have been a Special Agent of the DEA for approximately seven years, during which time I have participated in numerous investigations involving narcotics trafficking. I have received specialized training in the subject of narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession, manufacture, transportation, distribution and importation of controlled substances, as well as methods used to finance drug transactions. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as information provided to me by other law enforcement officers.

## INVESTIGATIVE BACKGROUND

2. In November of 2015 Detectives with the Columbus Police Criminal Information Unit and the Ohio HIDTA task force began an investigation into multi-kilogram marijuana Drug

1

trafficking Organization (DTO) based in the Columbus, Ohio metropolitan area being conducted by **Damian Marlon EDWARDS, Hopie Dawn EDWARDS, Theo SMITH German Alfredo WHITE and others**.

3. Investigators learned that **Damian Marlon EDWARDS** is a citizen and national of Jamaica born on May 02, 1977. He entered the United States on July 1, 1994. EDWARDS is currently not in possession of any Immigration documents that allow him to enter, reside, work, or remain in the United States. EDWARDS also uses alias names of Darrell PAUL, Marlon KELLEY, David Marlon KELLY and the nickname "LUCKY".

4. In March of 1999, Damian EDWARDS was arrested in Mt Vernon, New York for possession of marijuana and possession of a weapon. In June of 2005, EDWARDS was arrested in Columbus, Ohio, for felony possession of marijuana. In December of 2006, EDWARDS was arrested in Tucson, Arizona, for marijuana transport or sell and money laundering. On December 29, 2008, EDWARDS was deported from the United States, via Phoenix, Arizona, to Jamaica. In February of 2011, EDWARDS was arrested at a residence in Tucson Arizona after Tucson Arizona Police Department responded to a home invasion shooting. The house EDWARDS was encountered at was a stash house and marijuana and packaging materials were seized. In November of 2013, Damian EDWARDS was positively identified as a bulk marijuana purchaser and distributor operating in Tucson, Arizona.

5. In September of 2014 **Hopie EDWARDS,** the spouse of Damian EDWARDS, was detained in Miami Florida and found to be in possession of $102,050 U.S. Currency.

6. In November of 2015, Detectives with the Columbus Police Criminal Intelligence Unit conducted a search warrant on an individual selling large amount of marijuana in Columbus Ohio. Detectives learned from a source of information, herein after referred to as SOI, that large shipments of marijuana were being imported into Columbus, Ohio, on a monthly basis for resale by a male black named "**LUCKY**" who drives a pick-up truck. The Detectives also received information that "LUCKY" owns semi-trucks that he uses to transport large amounts of marijuana to Columbus, Ohio. As mentioned above, Damian EDWARDS uses the nickname "LUCKY".

7. In November, 2015, Investigators learned that EDWARDS and his spouse, Hopie EDWARDS, recently moved into a home located at 820 Wilson Avenue, Columbus, Ohio. On November 9, 2015, surveillance was conducted at 820 Wilson Avenue and Detectives observed a maroon Chevrolet SUV arrive and park in front of the residence. Hopie EDWARDS exited the SUV and began to take items from the back of the SUV. The tag on the SUV was GCG-5463 and is registered to Hopie Dawn EDWARDS, 1799 West 5th Avenue, Apartment # 380, Columbus, Ohio; This address was later determined to be a P.O. Box. The maroon SUV had a magnet on the door for SAMMY'S AUTO SPA, 3514 Cleveland Avenue, Columbus, Ohio. Hopie EDWARDS stood in the street, watched as the surveillance units drove by and she continued to watch as they drove to

Livingston Avenue and turned west.

8. On November 10, 2015, the maroon 2013 Chevrolet SUV Ohio license GCG-5463 and a white 2014 Chevrolet Silverado Pick-up Truck, bearing Ohio license 906-YTD, were parked in front of the 820 Wilson Avenue. Hopie EDWARDS exited the front door and used a remote starter to start the maroon SUV. Hopie EDWARDS Looked up and down the street and again watched as a surveillance unit drove by the residence. The white 2014 Chevrolet Pick-Up Truck is registered to **Darrell PAUL**, an alias name used by Damian EDWARDS, with a listed address of 1799 West 5th Avenue, apartment # 380, Columbus, Ohio. The address is the same address Hopie EDWARDS uses on her driver's license information and as mention above, this address is a P.O. Box. Investigators learned that a.k.a. Darrell PAUL has one other address in Ohio and multiple addresses in Arizona. Based on the social security number listed for a.k.a. Darrell PAUL investigators determined that PAUL has driver licenses with the State of California and the State of Arizona. Driver license photographs were obtained from both states and the photographs on both driver licenses is that of Damian EDWARDS.

9. Detectives continued to conduct surveillance at 820 Wilson Avenue and observed Hopie EDWARDS driving a 2015 Dodge Challenger. On December 6, 2015, electronic surveillance revealed the 2015 Dodge Challenger vehicle drove north on I-71 to State Route 36/37, Delaware, Ohio. The Dodge Challenger arrived at the truck stop at that location for a short period of time and then returned south on I-71.

10. On December 18, 2015, Detectives conducted surveillance on Damian EDWARDS, driving the 2014 Chevy Silverado Pick-Up Truck, to a warehouse loading dock located on Joyce Avenue, Columbus, Ohio. EDWARDS met a **LANDSTAR RANGER** Tan & Brown 2006 Freightliner Semi-Tractor Trailer Truck, white trailer, US DOT # 241572, VIN# 1FVJCRCK86PV82628, that was in the parking lot and EDWARDS motioned for the driver to back the Semi-Truck into one of the loading docks. Surveillance units also observed a U-Haul box truck in the parking lot of the warehouse. A short time later the U-Haul, Semi-Truck and EDWARDS departed the area of the warehouse. Detectives followed EDWARDS to 85 Verdin Court, Columbus, Ohio, where the U-Haul was backed up to the garage and surveillance was briefly terminated. Detectives later returned to 85 Verdin Court and observed that EDWARDS and the U-Haul truck were not present and a 2015 Dodge Durango bearing Tennessee license plates was parked in the driveway.

11. Subsequently Detectives observed EDWARDS meet with an unknown individual driving a grey Infiniti in the Walmart parking lot, Morse Road and I-270, Columbus, Ohio. EDWARDS was in the passenger seat of the Infiniti and exited the vehicle with a black backpack. EDWARDS placed the backpack in his white 2014 Chevrolet Silverado and departed the area. Later that evening, Detectives conducted electronic surveillance on EDWARDS who returned to the Walmart on Morse Road driving the Silverado Pickup Truck. By the time surveillance units arrived at the Walmart,

EDWARDS was observed exiting the passenger side of the grey Dodge Durango bearing Tennessee license plates with a bag and EDWARDS entered his 2014 Silverado Truck. EDWARDS departed the area of the Walmart and drove to his residence at 820 Wilson Avenue, Columbus, Ohio.

12. Investigators learned that **Theo Lavelle SMITH** rented the U-Haul that was observed at the warehouse and 85 Verdin Court, Columbus, Ohio. SMITH listed his address as 826 North High Street and his phone number as 614-288-3265. SMITH also rented U-Haul trucks in July and November of 2015. On both those dates SMITH listed his address of 826 North 4th Street, Columbus, Ohio. In addition, Theo SMITH also rented the 2015 Dodge Durango bearing Tennessee license plates and SMITH listed an address of 13373 SW 44th Street Miramar, Florida.

13. The driver of the LANDSTAR RANGER Semi-Tractor Trailer Truck was identified as **German Alfredo WHITE**. WHITE is a contract employee for LANDSTAR RANGER INC based in Jacksonville, Florida. LANDSTAR RANGER Incorporated informed Detectives that WHITE has not worked for them since December 11, 2015, with his last load delivered in Tucson, Arizona. WHITE'S driver log indicated that he and the Semi-Truck were north of Columbus, Ohio, on December 6, 2015 and in Columbus, Ohio, on December 18, 2015.

14. On January 7, 2016, surveillance units conducted surveillance on Theo SMITH, who

rented a white 2016 BMW sedan. SMITH exited 85 Verdin Court carrying a tan/ brown shoulder bag and placed it in the rear of the BMW. SMITH drove to the Island Vibe Restaurant located on Cleveland Avenue and Windsor Road, Columbus, Ohio. A short time later SMITH exited with a backpack and a brown paper bag and placed both in the BMW. SMITH returned to 85 Verdin Court and backed up to the garage door. At approximately the same, 2:19 PM, electronic surveillance on EDWARDS 2014 Silverado Pick-Up Truck indicated the vehicle departed the area of 820 Wilson Avenue and drove to the Polaris Shopping Mall near the Bennihana Restaurant.

15. While at Verdin Court, surveillance units observed SMITH opened the trunk of the BMW and open the garage door of 85 Verdin Court. SMITH placed 4 large dark colored bags into the trunk of the BMW, closed the trunk and garage door, then departed the area. EDWARDS pick-up truck left the parking lot and traveled north on I-71. SMITH drove to the Polaris Mall and into the parking lot of the Bennihana restaurant. Detectives observed a red Dodge Durango follow SMITH through the parking lot. The vehicles followed each other and eventually stopped near the Dave and Busters Restaurant. SMITH exited the BMW and entered the red Dodge Durango. Within a couple of minutes, SMITH exited the Durango and returned to the BMW. The vehicles then followed each other in tandem to the America Extended Stay hotel just south of the Polaris mall and parked in the rear of the hotel. SMITH exited the BMW, opened the trunk, retrieved the 4 dark colored bags and placed the bags in the rear hatch of the Durango.

16. Both vehicles departed the area of the hotel, SMITH drove south on I-71 and the Durango eventually drove north on I-71. Shortly thereafter, uniformed units stopped the Durango on I-71, near mile marker 133 north of State Route 36/37. The occupants of the Durango were **Jodie TURNER** and **Leo HARDISON,** both from Akron, Ohio. The Deputies approached the Durango and smelled a strong odor of marijuana coming from inside. The Deputies deployed canine unit "Blek" to conduct a sniff of the vehicle who made a positive alert to the scent of narcotics emanating from the Durango. The Deputies searched the Durango and found 4 large black trash bags with red ties in the rear of the vehicle. The trash bags contained approximately 92 pounds of marijuana. The occupants of the Durango were identified and released pending future indictment.

17. Electronic surveillance revealed that EDWARDS Silverado Pick-Up Truck drove north on I-71 and eventually stopped in downtown Youngstown, Ohio. The pick-up truck stopped for a short period of time and then returned to Columbus, Ohio. On January 12, 2016, Detectives received subpoena information from Sprint on Damian EDWARDS cell phone. The data indicated that calls and/or text messages were made to/or received from phone number (330)701-6782 on January 6th, January 7th and January 8th, 2016. The phone calls on January 7th corresponded with the time of the 92 pound marijuana deal at the Polaris mall. Database checks revealed that phone number (330)701-6872 is subscribed in the name of **Jodie TURNER,** 1272 Sparhawk Avenue, Akron, Ohio. On January 14, 2016, Investigators obtained a cellular telephone GPS

order for TURNER'S cell phone number (330) 701-6782. The initial pings indicted the cell phone was in the Akron, Ohio area.

18. After returning to Columbus on January 7, 2016, EDWARDS Silverado Pick-Up Truck stopped in the area of "The Cuts on the Avenue Barber Shop" on Mt. Vernon Avenue. Electronic surveillance on SMITHS BMW also indicated the BMW was at The Cuts Barber Shop. Subsequently, EDWARDS pick-up truck returned to 820 Wilson Avenue and a short time later the BMW went to 820 Wilson Avenue. At approximately 10:00 PM, electronic surveillance on the BMW indicated that the vehicle departed the area of 820 Wilson Avenue and headed south on State Route 23. At approximately 11:20 PM the BMW was stopped in Jackson County Ohio by State Highway Patrol and the Jackson County Sheriff Office for traffic violations. The occupants in the vehicle were identified as **Theo SMITH** (passenger) and **Darrell PAUL** (Driver). As mentioned above, EDWARDS uses the alias name of Darrell PAUL. A small amount of marijuana was found in one of SMITH's shoes. A blue book bag was found inside the vehicle with several bundles of cash inside. The bundles of money had rubber bands around them and labeled with the number "2". A large sum of money was also discovered in a suitcase secreted within clothing and investigators seized a total of $50,833 U.S. Currency. SMITH was interviewed by the OSHP Trooper and SMITH stated that PAUL (EDWARDS) flew into Columbus, Ohio, from California, that they rented the vehicle and were driving to Florida. SMITH and PAUL were identified and released pending future indictment. The marijuana and cash was seized and maintained

by the Jackson County Sheriff Office and OSHP. After their release from the traffic stop, electronic surveillance showed the BMW return to 820 Wilson Avenue, Columbus, Ohio, the residence of Damian EDWARDS.

19. On January 12, 2016 Detectives conducted surveillance at 826 North 4th Street, Columbus, Ohio, and observed Theo SMITH approaching the 2016 BMW as it was parked next to the residence. Detectives also observed Damian EDWARDS' 2014 Chevy pickup truck parked in front of the residence. EDWARDS' pick-up truck then left the residence and drove to the Whole Foods near The Easton Mall. Detectives observed both Hopie and Damian EDWARDS inside the Whole Foods store. An undercover officer followed Damian EDWARDS in the store as he had a conversation on his cell phone with an unknown person. EDWARDS could be heard saying something about "100 pounds" to the person on the phone.

20. On January 15, 2016, TURNERS' cell phone GPS indicated the phone was moving south on I-71 from Akron Ohio. The cell phone eventually stopped in the area of South 3rd Street and I-70 near downtown Columbus. Detectives conducted surveillance in the area of South 3rd and I-70 but could not locate TURNER. During the surveillance EDWARDS Pick-up truck GPS indicated the vehicle had left the area of 820 Wilson Avenue. EDWARDS pick-up truck indicated the vehicle had stopped at the Pet Palace, 7557 Gooding Blvd. Delaware Ohio. Detectives know that EDWARDS has two dogs and has boarded them in the past. Detectives went to the Pet Palace and observed

EDWARDS driving the pick-up truck. EDWARDS left the Pet Palace and headed south toward Columbus.

21. Detectives then received an alert from the GPS on SMITHS' vehicle indicating the vehicle left the area of 826 North 4th Street. Detectives were able to monitor the GPS which showed the vehicle drive to 85 Verdin Court, Gahanna Ohio. Detectives also checked the cell phone GPS on TURNERS' cell phone which indicated the cell phone was now in the area of 826 North 4th Street. Surveillance units observed EDWARDS' pick-up truck park in front of 826 North 4th Street. SMITHS' vehicle was at 85 Verdin Court for a short period of time and then drove back to 826 North 4th Street. Surveillance units followed SMITH back to 826 North 4th Street. As SMITH drove north on 4th Street toward his residence EDWARDS pulled from the curb and parked in a parking lot across the street from 826 North 4th Street. A black SUV with unknown license tag followed EDWARDS into the parking lot. SMITH also pulled into the parking lot. All three vehicles drove west in the alley from the parking lot and then south on Hamlet Street. Approximately 2 minutes later the vehicles drove south on Hamlet. The black SUV and EDWARDS drove west from Hamlet and SMITH turned east and next to 826 North 4th Street.

22. Surveillance units were unable to follow the vehicles. Detectives checked the cell phone GPS on TURNERS phone which indicated the phone was now traveling north on I-71 toward Akron, Ohio. Detective's reviewed the video surveillance from the time

11

period that SMITH was at 85 Verdin Court. The video showed SMITH back up to the garage door and place what looked to be trash bags into the trunk of the vehicle.

23. Subsequently, surveillance units observed EDWARDS white Silverado Pickup Truck and a 2016 Ford Explorer bearing Massachusetts license plate 3MC484, a Enterprise Rental Vehicle, parked at the residence of EDWARDS located at 820 Wilson Avenue. Surveillance units observed Hopie EDWARDS exit the residence, enter the garage, pull out a maroon Chevrolet SUV and pulled to the front of the residence. Shortly thereafter, Hopie EDWARDS and 3 teenage children loaded several suitcases into the maroon Chevrolet SUV, then departed the area while Damian EDWARDS remained at the residence. At approximately 10:00 PM, the GPS on Damian EDWARDS cellular telephone indicated the telephone was traveling south on State Route 23 out of Columbus, Ohio. Surveillance units conducted a premise check at EDWARDS residence and observed only white Silverado Pickup Truck parked in front of 820 Wilson Avenue.

24. On January 16, 2016, SMITH returned the 2016 BMW rental vehicle to the Port Columbus Airport. From January 16, 2016 through January 21, 2016, Investigators monitored EDWARDS' and SMITHS' cell phone GPS and the GPS indicated that the phones traveled to the areas of Fort Lauderdale and Miami, Florida. Detectives received information that German Alfredo WHITE is still employed by LANDSTAR RANGER INC., WHITE is currently residing in the Orlando Florida area, more specifically 903

Charo Pkwy, Apartment # 837, Davenport, Florida and WHITE maintains control over the Semit-truck. As of January 19, 2016 the Semi-truck is in the Orlando Florida area. On January 22, 2016, EDWARDS' and SMITHS' cell phones GPS indicated the phones were back in Columbus, Ohio. Investigators observed SMITH driving a white 2015 Landrover, bearing Florida license plate BPK-3080.

25. On January 22, 2016, surveillance units observed Damian and Hopie EDWARDS arrive at 85 Verdin Court, Columbus, Ohio, a known stash house utilized by this DTO. EDWARDS backed a maroon Tahoe SUV into the driveway, entered the garage, placed approximately 2 plastic bags into the rear of the SUV and the SUV departed the area. Surveillance units followed the SUV into an alley in the area of Kent Road and Rhodes Street, then lost sight of the SUV momentarily. Surveillance units then observed the SUV drive out of the alley away from a silver sedan and surveillance units lost sight of the silver sedan. Damian and Hopie EDWARDS traveled west on Livingston Avenue, drive directly to their residence located at 820 Wilson Avenue, park out front where both Hopie and Damian EDWARDS entered the residence with Damian carrying a back pack.

26. Also on January 22, 2016, surveillance units observed SMITHS' white Landrover parked at 85 Verdin Court. SMITH and an unknown female exited the residence, placed several bags into the Landrover, departed the area, arrived at 826 North 4th Street and parked in the rear. Surveillance units observed SMITH and the female remove items from the rear hatch of the Landrover and carry the items into the garage.

27. On January 23, 2016, Detectives received information that WHITES' semi-truck (LANDSTAR RANGER) was in the Delaware, Ohio, more specifically a truck stop located at I-71 and state route 36/37. Electronic surveillance on SMITHS' Landrover indicated it was at 85 Verdin Court and on EDWARDS' pick-up truck indicated it was at SAMMY'S AUTO SPA, 3514 Cleveland Avenue, Columbus, Ohio, a business owned and operated by the EDWARDS DTO. Both vehicles moved from their locations and eventually stopped at the Jamaican Restaurant at Bonham and Cleveland Avenue. After a short period of time both vehicles left the restaurant and EDWARDS' pick-up then stopped at SAMMY'S AUTO SPA. The GPS on the Landrover didn't alert Detectives of a stop location so the Detectives checked the cell phone GPS of both SMITH and EDWARDS' cell phones. The GPSs indicated both phones were in the area of I-71 and state route 36/37. Surveillance units began to drive I-71 north toward State Route 36/37 to locate SMITH, EDWARDS and WHITE. As the Detectives headed north on I-71 from Columbus, the GPS on the Landrover and the cell phone GPS's indicated SMITH and EDWARDS were traveling south on I-71. Surveillance units continued to I-71 and state route 36/37 and observed WHITES' semi-truck (LANDSTAR RANGER) parked in the rear of the Pilot Travel Center Truck Stop located at 7735 East State Route 37, Delaware, Ohio. Detectives conducted surveillance on the semi-truck and observed WHITE in the driver's seat of the semi-truck.

28. On January 25, 2016, surveillance units conducted surveillance on WHITE and his semi-truck (LANDSTAR RANGER). WHITE drove the semi-truck to 107 Heritage Drive in Pataskala, Ohio. Detectives learned WHITE was scheduled to pick up a legitimate load and deliver it to Goodyear Arizona on/or about January 29th, 2016. Surveillance units followed WHITE after he left Pataskala and drive to the TA truck stop located at I-70 and State Route 42. WHITE left the TA truck stop, continued west on I-70 and arrived in Goodyear, Arizona on January 29, 2016. Subsequently, investigators learned that WHITES' semi-truck began to travel east bound toward Ohio.

29. On January 27, 2016, investigators conducted surveillance on SMITH as he drove west on I-70 from Columbus, Ohio, in the Landrover and continued driving into Indiana. Investigators terminated physical surveillance and learned the GPS on SMITHS' Landrover indicated that SMITH stopped at a Wells Fargo Bank in Rushville, Indiana. SMITH stayed at the Bank for a short period of time and then returned to Columbus, Ohio. Video surveillance showed that SMITH drove to 85 Verdin Court and parked in front of the garage. SMITH took a large suitcase with wheels from the rear of the Landrover and wheeled it into the garage area.

30. On January 28, 2016, Detectives received information from the Wells Fargo Bank concerning SMITHs visit to the bank on January 27, 2016. The bank manager stated that SMITH used a Florida Identification to deposit $7,000 cash into an account not belonging to him. Photos of SMITH inside the bank were also provided.

31. On January 29, 2016, Detectives conducted video surveillance on SMITH, observed SMITH park his Landrover in front of the garage at 85 Verdin Court where SMITH opened the rear hatch. SMITH walked into the garage and returned several minutes later carrying two trash bags. The bags looked to be heavy and resemble the bags seen on other surveillances. The bags also resembled the bags seized from the traffic stop of HARDISON and TURNER on January 7, 2016. SMITH departed the area of 85 Verdin Court, Columbus, Ohio, and subsequently the Landrover GPS indicated several locations in the Bronx, New York and Connecticut. On February 1, 2016, SMITH returned to 85 Verdin Court, Columbus, Ohio with an unknown female.

32. On February 1, 2016, at approximately 4:45 PM, Investigators learned that Theo SMITH obtained a U-Haul box truck in Hilliard, Ohio. Electronic surveillance also revealed that at approximately 5:55 PM, WHITES' semi-truck (LANDSTAR RANGER) traveled east-bound into Ohio and stopped in the area of a TA Truck Stop of America, located at I-70 and US-127, just east of the Indiana border. At approximately 9:00 PM, surveillance units observed WHITE inside the cab of LANDSTAR RANGER semi tractor-trailer parked at the TA Truck Stop of America.

33. On February 2, 2016, at approximately 6:15 AM, surveillance units observed WHITE depart the TA Truck Stop of America and drive directly to the warehouse located on Joyce Avenue, Columbus, Ohio. At approximately 7:54 AM, surveillance units observed Damian EDWARDS arrive at the warehouse driving his white pickup truck.

At approximately 7:59 AM, surveillance units observed Theo SMITH arrive at the warehouse driving the U-Haul box truck. Surveillance units observed EDWARDS approach WHITE in the semi-truck, then WHITE backed the semi-truck into a bay door, while SMITH drove the U-Haul box truck into the warehouse.

34. At approximately 8:20 AM, Damian EDWARDS, Theo SMITH and German WHITE departed the warehouse in their respective vehicles and departed the area. Surveillance units observed EDWARDS and SMITH drive directly to 826 N. 4th Street, Columbus, Ohio, where SMITH backed the U-Haul truck up to the garage door in the rear of the residence/apartment and EDWARDS parked on the side of the residence/apartment. Both EDWARDS and SMITH exited their vehicles and unloaded the contents in U-Haul truck into the garage of 826 N. 4th Street.

35. At approximately 8:50 AM, both EDWARDS and SMITH departed the area of 826 N. 4th Street, shortly thereafter both vehicles were stopped then EDWARDS and SMITH were arrested. Law enforcement subsequently executed a search warrant at 826 N. 4th Street and seized in excess of 2,000 pounds of marijuana.

36. At approximately 9:10 AM, Hopie EDWARDS arrived at SAMMY'S AUTO SPA 3514 Cleveland Avenue, where she was approached by law enforcement and informed of the search warrant issued for the said business. Hopie EDWARDS told investigators her name is Dawn EDWARDS and that she resides at N. 4th Street, Columbus, Ohio. EDWARDS was arrested then transported to the Columbus Division of Police

headquarters for processing.

37. At approximately 9:20 AM, surveillance units observed German WHITE arrive at the Pilot Truck Stop located on Wilson Road and I-70, Columbus, Ohio. WHITE was approached and arrested by law enforcement then transported to the Columbus Division of Police headquarters for processing.

38. At approximately 10:00 AM, law enforcement executed a search warrant at the residence of Damian and Hopie EDWARDS located at 820 Wilson Avenue, Columbus, Ohio. As a result of the search warrant, investigators seized a Smith & Wesson .40 caliber handgun, a money counter, drug ledgers, packaging materials, numerous (50) cellular phones, miscellaneous documents, and in excess of 1 million dollars in U.S. currency contained inside a suitcase.

## CONCLUSION

39. Based on the foregoing facts, your affiant believes that there is probable cause to believe that **Damian Marlon EDWARDS (a.k.a. Darrell PAUL, a.k.a. Marlon KELLEY, a.k.a. David Marlon KELLY, a.k.a. LUCKY), Hopie Dawn EDWARDS, Theo Lavelle SMITH, German Alfredo WHITE and others** violated Title 21 USC 846 – conspiracy to possess with intent to distribute marijuana.

_____
Michael P. Flynn
Special Agent
Drug Enforcement Administration


Subscribed and Sworn to before me this 2d-rd day of February, 2016.

_____
Norah McCann King
U.S. Magistrate Judge