United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                              Case No. 2:16-mj-55

German Alfredo White

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Norah McCann King | | Date:   February 2, 2016 @ 3:00 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Mike Hunter |
| Court Reporter | CourtSmart | Counsel for Deft(s): | |
| Interpreter | | Pretrial/Probation: | |
| Log In | 3:18 p.m. | Log Out | 3:27 p.m. |

Defendant advised of rights, charges, and penalties.

Defendant is directed to retain counsel.   If he is unable to retain counsel, he is instructed to inform the court and counsel will be appointed.   Defendant may be ordered to pay appointed counsel.

Government seeks detention.

Preliminary Exam & Detention Hearing set for 2/5/16 @ 2:30 p.m.

Defendant remanded to USMS.