AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio at Columbus

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:16-mj-55 |
| | ) | |
| German Alfredo White | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Jos. P. Kinneary United States Courthouse<br>85 Marconi Blvd.<br>Columbus, OH  43215 | Courtroom No.: | 228 |
|---|---|---|---|
| | | Date and Time: | 2/5/2016 2:30 PM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.


Date:     2/2/2016

/s/ Norah McCann King
*Judge's signature*

Norah McCann King, United States Magistrate Judge
*Printed name and title*